Recording Requested By:
WELLS FARGO BANK, N.A.

When Recorded Return To:

ASSIGNMENT TEAM
WELLS FARGO BANK, N.A.
MAC: N9289-016
PO BOX 1629
EAGAN, MN 55121-4400

## CORPORATE ASSIGNMENT OF MORTGAGE

Cumberland, Maine
"GRIMALDI"

Date of Assignment: May 8th, 2015
Assignor: WELLS FARGO BANK, N.A., DOING BUSINESS AS AMERICA'S MORTGAGE OUTSOURCE PROGRAM at 1 HOME CAMPUS, DES MOINES, IA 50328
Assignee: FEDERAL HOME LOAN MORTGAGE CORPORATION at 8200 JONES BRANCH DRIVE, MCLEAN, VA 22102

Executed By: DAVID GRIMALDI AND SUSAN GRIMALDI, HUSBAND AND WIFE  To: AMERICA'S MORTGAGE OUTSOURCE PROGRAM
Date of Mortgage: 07/27/2005 Recorded: 08/09/2005 in Book/Reel/Liber: 22996 Page/Folio: 33 as Instrument No.: 65050 In the County of Cumberland, State of Maine.

Property Address: 80 MIDDLE ROAD, FALMOUTH, ME 04105

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $168,500.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

WELLS FARGO BANK, N.A., DOING BUSINESS AS AMERICA'S MORTGAGE OUTSOURCE PROGRAM
On 5·8·15

By: _____
Carla M. Naughton
Vice President Loan Documentation

STATE OF Minnesota
COUNTY OF Dakota

On 5/6/15, before me Kelley Christine Butikofer, a Notary Public in the State of Minnesota, personally appeared Carla M. Naughton, Vice President Loan Documentation, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Kelley Christine Butikofer
Notary Expires: 01 31 2017

KELLEY CHRISTINE BUTIKOFER
NOTARY PUBLIC - MINNESOTA
My Commission Expires January 31, 2017

(This area for notarial seal)

PREPARED BY: WELLS FARGO BANK, N.A.

EXHIBIT D