# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

Serving Massachusetts, Maine,
New York & New Hampshire
Hours: Monday – Friday 9 am – 4 pm
www.dgandl.com

100 Cummings Center, Suite 225D
Beverly, Massachusetts 01915
TEL: (978) 921-2670
FAX: (978) 921-4670

March 12, 2021

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

David Grimaldi
80 Middle Road
Falmouth, ME 04105

Certified Article Number
9414 7266 9904 2150 8802 16
SENDER'S RECORD

Susan Grimaldi
80 Middle Road
Falmouth, ME 04105

Certified Article Number
9414 7266 9904 2150 8802 09
SENDER'S RECORD

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re: Property Address: 80 Middle Road, Falmouth, ME 04105
    Loan Number:
    Payment Due Date: January 1, 2018

Dear Mortgagor:

    This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Selene Finance, LP, the Mortgagee, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and the Owner/Investor, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

    Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of America`s Mortgage Outsource Program its successors and assigns (if MERs) dated July 27, 2005 and recorded in the Cumberland County Registry of Deeds in Book 22996, Page 33. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of**

EXHIBIT H

our lien against the collateral property.

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | |
|---|---|
| Payments | $48,426.03 |
| Late Charges | $404.10 |

**TOTAL TO CURE DEFAULT:** $48,830.13

A portion of the amount due is reasonable interest in the amount of $23,311.94.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $48,830.13 in the form of **certified and/or cashier's check(s) and/or money order(s) in full to: Selene Finance, LP, Payment Processing, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. To reach a person with authority to modify a mortgage loan, please contact Selene Finance, LP at (877) 735-3637 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, the mortgage servicer, which is Selene Finance, LP or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Selene Finance, LP at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Selene Finance, LP
Loss Mitigation Department/Loan Resolution
9990 Richmond Avenue, Suite 400 South
Houston, TX 77042-4546
(877) 735-3637

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Selene Finance, LP
Wilmington Savings Fund Society, FSB,
d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

by its attorney

John A. Doonan, Esq.
Reneau J. Longoria, Esq.

JAD/RJL/MNK
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies
55584

This listing is current as of **12/17/2019**.

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** mdrost@mainehousing.org
**Address:** 353 Water Street
AUGUSTA, Maine 04330-4665
**Counseling Services:** - Pre-purchase Counseling
- Rental Housing Counseling
**Languages:** - English
**Affiliation:**
**Website:** www.mainehousing.org
**Agency ID:** 81227

---

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:**
**Fax:**
**Email:** mdrost@mainehousing.org
**Address:** 353 Water St
Augusta, Maine 04330-6113
**Counseling Services:** - Pre-purchase Counseling
- Rental Housing Counseling
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.mainehousing.org
**Agency ID:** 84456

---

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
BANGOR, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

---

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963-0114
**Toll Free:** 800-221-2221
**Fax:** 207-442-0122
**Email:** theresa.dow@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:** - Financial Management/Budget Counseling
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:**
**Website:** http://midcoastmainecommunityaction.org
**Agency ID:** 80502

---

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510

**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling

**Languages:**
- English
- Spanish

**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

---

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:** 207-866-6553
**Email:** accounting@fourdirectionsmaine.org
**Address:** 20 Godfrey Drive
ORONO, Maine 04473-3610

**Counseling Services:**
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** www.fourdirectionsmaine.org
**Agency ID:** 83879

---

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920

**Counseling Services:**
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St
5th Floor
PORTLAND, Maine 04101-3427

**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling

**Languages:**
- English
- Spanish

**Affiliation:** MONEY MANAGEMENT INTERNATIONAL INC.
**Website:** http://www.moneymanagement.org
**Agency ID:** 82632

| | |
|---|---|
| Agency Name: | PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY |
| Phone: | 207-797-7890 |
| Toll Free: | |
| Fax: | |
| Email: | crwaganje@prosperityme.org |
| Address: | 62 Elm St Ste 2<br>Portland, Maine 04101-3092 |
| Counseling Services: | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Financial, Budgeting, and Credit Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Rental Housing Counseling |
| Languages: | - English<br>- French<br>- Other<br>- Swahili |
| Affiliation: | MAINE STATE HOUSING AUTHORITY |
| Website: | http://prosperityme.org/ |
| Agency ID: | 80649 |

| | |
|---|---|
| Agency Name: | AROOSTOOK COUNTY ACTION PROGRAM, INC. |
| Phone: | 207-764-3721 |
| Toll Free: | |
| Fax: | |
| Email: | N/A |
| Address: | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| Counseling Services: | - Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| Languages: | - English |
| Affiliation: | MAINE STATE HOUSING AUTHORITY |
| Website: | http://www.acap-me.org |
| Agency ID: | 83641 |

| | |
|---|---|
| Agency Name: | YORK COUNTY COMMUNITY ACTION AGENCY |
| Phone: | 207-459-2903 |
| Toll Free: | |
| Fax: | 207-490-5026 |
| Email: | Meaghan.Arzberger@yccac.org |
| Address: | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| Counseling Services: | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling<br>- Services for Homeless Counseling |
| Languages: | - English |
| Affiliation: | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| Website: | http://www.yccac.org |
| Agency ID: | 81150 |

| | |
|---|---|
| Agency Name: | COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE |
| Phone: | 207-333-6419 |
| Toll Free: | |
| Fax: | 207-795-4069 |
| Email: | homequest@community-concepts.org |
| Address: | 17 Market Sq<br>South Paris, Maine 04281-1533 |
| Counseling Services: | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| Languages: | - English |
| Affiliation: | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| Website: | www.community-concepts.org |
| Agency ID: | 81580 |

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685





**WALZ CERTIFIED MAILER®** FROM **WALZ**

FORM #45663 VERSION: E0119

Label #1

David Grimaldi
80 Middle Road
Falmouth, ME 04105

Label #2

David Grimaldi
80 Middle Road
Falmouth, ME 04105

Label #3

David Grimaldi
80 Middle Road
Falmouth, ME 04105

A FOLD AND TEAR THIS WAY ⟶ OPTIONAL

←TEAR ALONG THIS LINE

## U.S. Postal Service® CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2150 8802 16

| | | |
|---|---|---|
| Certified Mail Fee | $ 7.05 | 3/15/21 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | Postmark Here |
| Postage | $ .65 | |
| Total Postage and Fees | $ 7.70 | |

Sent to:

Reference Information

CS/MK David Grimaldi, Susan Grimaldi
55584

PS Form 3800, Facsimile, July 2015

B

Label #4

Certified Article Number
9414 7266 9904 2150 8802 16
SENDER'S RECORD

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2150 8802 19

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

CERTIFIED MAIL®

9414 7266 9904 2150 8802 16

FOLD AND TEAR THIS WAY ⟶

C FOLD AND TEAR THIS WAY ⟶

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2150 8802 19

1. Article Addressed to:

David Grimaldi
80 Middle Road
Falmouth, ME 04105

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2150 8802 16

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature ☐ Agent
X ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

CS/MK David Grimaldi, Susan Grimaldi
55584

Thank you for using Return Receipt Service

PS Form 3811, Facsimile, July 2015 Domestic Return Receipt

WALZ CERTIFIED MAILER®

FROM **WALZ**

FORM #45663 VERSION: E0119

Label #1

Susan Grimaldi
80 Middle Road
Falmouth, ME 04105

Label #2

Susan Grimaldi
80 Middle Road
Falmouth, ME 04105

Label #3

Susan Grimaldi
80 Middle Road
Falmouth, ME 04105

A FOLD AND TEAR THIS WAY → OPTIONAL

TEAR ALONG THIS LINE

## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2150 8802 09

| | | |
|---|---|---|
| Certified Mail Fee | $ 7.05 | 3/15/21 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | Postmark Here |
| Postage | $ .65 | |
| Total Postage and Fees | $ 7.70 | |

Sent to:

Reference Information

CS/MK David Grimaldi, Susan Grimaldi
55584

PS Form 3800, Facsimile, July 2015

B

Label #4

Certified Article Number
9414 7266 9904 2150 8802 09
SENDER'S RECORD

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2150 8802 02

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

CERTIFIED MAIL®

9414 7266 9904 2150 8802 09

FOLD AND TEAR THIS WAY →

C FOLD AND TEAR THIS WAY →

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2150 8802 02

1. Article Addressed to:

Susan Grimaldi
80 Middle Road
Falmouth, ME 04105

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2150 8802 09

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature ☐ Agent
X ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

CS/MK David Grimaldi, Susan Grimaldi
55584

PS Form 3811, Facsimile, July 2015

Domestic Return Receipt

Thank you for using Return Receipt Service

# Matthew Kelly

**From:** Nobody <nobody@informe.org>
**Sent:** Wednesday, March 17, 2021 8:53 AM
**To:** Matthew Kelly
**Subject:** Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria LLC Owner of the mortgage:Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Selene Finance LP
9990 Richmond Avenue, Suite 400 South
Houston, TX 77042
877-735-3637

-----
Consumer Information
-----

Consumer First name:David
Consumer Middle Initial/Middle Name:
Consumer Last name:Grimaldi
Consumer Suffix:
Property Address line 1:80 Middle Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:Falmouth
Property Address State:
Property Address zip code:04105
Property Address County:Cumberland

-----
Notification Details
-----

Date notice was mailed:3/15/2021
Amount needed to cure the default:48830.13 Consumer Address line 1:80 Middle Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Falmouth
Consumer Address State:ME
Consumer Address zip code:04105

# Matthew Kelly

**From:** Nobody <nobody@informe.org>
**Sent:** Wednesday, March 17, 2021 8:54 AM
**To:** Matthew Kelly
**Subject:** Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves & Longoria LLC Owner of the mortgage:Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Selene Finance LP
9990 Richmond Avenue, Suite 400 South
Houston, TX 77042
877-735-3637


-----
Consumer Information
-----

Consumer First name:Susan
Consumer Middle Initial/Middle Name:
Consumer Last name:Grimaldi
Consumer Suffix:
Property Address line 1:80 Middle Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:Falmouth
Property Address State:
Property Address zip code:04105
Property Address County:Cumberland

-----
Notification Details
-----

Date notice was mailed:3/15/2021
Amount needed to cure the default:48830.13 Consumer Address line 1:80 Middle Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Falmouth
Consumer Address State:ME
Consumer Address zip code:04105

**Return Receipt (Form 3811) Barcode**

9590 9266 9904 2150 8802 19

1. Article Addressed to:

David Grimaldi
80 Middle Road
Falmouth, ME 04105

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2150 8802 16

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X PF 596    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): C19
C. Date of Delivery: 3-18-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
CS/MK  David Grimaldi, Susan Grimaldi
55584

Domestic Return Receipt

---

**Return Receipt (Form 3811) Barcode**

9590 9266 9904 2150 8802 02

1. Article Addressed to:

Susan Grimaldi
80 Middle Road
Falmouth, ME 04105

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2150 8802 09

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X PF 596    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): C19
C. Date of Delivery: 3-18-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
CS/MK  David Grimaldi, Susan Grimaldi
55584

Domestic Return Receipt